UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

UMU SESAY

Debtor.

Case No. 13-15339-RGM
Chapter 7

**MOTION FOR TURNOVER**

Klinette H. Kindred, Trustee, moves the Court for entry of an Order requiring the Debtor to turnover to the Trustee for administration a portion of the debtor's 2013 tax refunds. The debtor received $7,804.00 from the Internal Revenue Service and $1,906.00 from the Commonwealth of Virginia for a total of $9,710. Eleven-twelfths (11/12) of the total refunds is $8,901.00. In support of this motion the Trustee states the following:

1. The Debtor filed a voluntary petition under Chapter 7 on November 28, 2013, and the meeting of creditors was held on January 8, 2014.

2. The Trustee requested a copy of the debtor's 2013 federal and state tax returns at the meeting of creditors.

3. The Trustee received copies of the tax returns showing refunds due from the federal return in the amount of $7,804.00 and the state return in the amount of $1,906.00 on March 4, 2014.

4. The refund status results listed on the taxing authority web-sites indicate the federal and state refunds were deposited into debtor's bank account on February 26, 2014 and February 21, 2014 respectively.

Klinette H. Kindred, Trustee
Tyler, Bartl, Ramsdell & Counts, P.L.C.
300 N. Washington St., Suite 202
Alexandria, VA 22314
(703) 549-5000

1

5.  The tax refunds are not disclosed on Schedule B and the tax refunds are not listed as exempt on Schedule C.

WHEREFORE, the Trustee asks the Court for an Order requiring the Debtor to turnover to the Trustee for administration in this case $8,901.00.

Respectfully submitted,

/s/ Klinette H. Kindred
Klinette H. Kindred, Trustee (VSB #18000)
TYLER, BARTL, RAMSDELL & COUNTS, PLC
300 N. Washington St., Suite 202
Alexandria, Virginia  22314
(703) 549-5000

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion was, to the extent that the following person(s) were not served electronically via the CM/ECF system, mailed postage prepaid this 18th day of March, 2014 to the Office of the U. S. Trustee, 115 S. Union Street, Suite P210, Alexandria, VA  22314, debtor's counsel, Tommy Andrews, 122 N. Alfred St., Alexandria, VA 22314, and to the debtor, Umu Sesay, 5401 Claymont Dr., Apt. 247, Alexandria, VA 22309.

/s/ Klinette H. Kindred
Klinette H. Kindred

2